
3092 Clerk's Notice, W(11/03)

**Blumberg**Excelsior, Publisher, NYC 10013

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises

I, the debtor, affirm that I have read this notice.

| | /s/ William Lee Maycumber | |
|---|---|---|
| Date | Signature of Debtor | Case Number |


| UNITED STATES BANKRUPTCY COURT WESTERN | DISTRICT OF NEW YORK | **Voluntary Petition** |
|---|---|---|

| Name of Debtor(If individual, enter Last, First, Middle):<br>MAYCUMBER, WILLIAM LEE, JR. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>MAYCUMBER, CAROL ANN |
|---|---|
| All Other Names used by debtor in the last 6 years<br>(include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years<br>(include married, maiden and trade names):<br>f/k/a POWERS, CAROL ANN<br>f/k/a PEER, CAROL A. |
| Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No.<br>(If more than one, state all): 4187 | Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No.<br>(If more than one, state all): 8430 |
| Street Address of Debtor (No. and street, city, state, zip):<br>729 Robinson Street<br>Elmira, NY 14904 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code):<br>729 Robinson Street<br>Elmira, NY 14904 |
| County of Residence or of the<br>Principal Place of Business:<br>Chemung | County of Residence or of the<br>Principal Place of Business:<br>Chemung |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |

| Location of Principal Assets of Business Debtor<br>(If different from addresses listed above) |
|---|

### Information Regarding the Debtor  (Check the Applicable Boxes)

**Venue:** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all applicable box) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**(Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304-Case ancillary to foreign proceeding | | |
| ☐ Other | | | | |

| **Nature of Debts**(Check one box) | | **Filing Fee**(Check one box) |
|---|---|---|
| ☒ Consumer/Non-business | ☐ Business | ☒ Filing fee attached. |

**Chapter 11, Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

---

**Statistical/Administrative Information (Estimates Only)**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

BlumbergExcelsior, Publisher, NYC 10013



**Official Form B1 P2, 12-03**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>MAYCUMBER, WILLIAM LEE, JR. | | |
|---|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | | |
| Location<br>Where Filed: N/A | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br>N/A | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ William Lee Maycumber, Jr.
      Signature of Debtor

X  /s/ Carol Ann Maycumber
      Signature of Joint Debtor

_____
      Telephone Number (if not represented by attorney)
      Date: 04/27/05

### Signature of Attorney

X  /s/ Abraham Golos
      Signature of Attorney for Debtor(s)

Abraham Golos
      Printed Name of Attorney for Debtor(s)
Etkind & Golos
      Firm Name
150 Lake Street, East Wing, 2nd Floor
      Address
Elmira, NY  14901

607-732-6646
      Telephone Number
      Date: 04/27/05

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Abraham Golos          04/27/05
      Signature of Attorney for Debtor(s)      Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
      Signature of Authorized Individual

_____
      Print or Type Name of Authorized Individual

_____
      Title of Authorized Individual by Debtor to File this Petition
      Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
      Printed Name of Bankruptcy Petition Preparer

_____
      Social Security Number (Required by 11 U.S.C. 110(c)

_____
      Address

_____

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
      Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.



Form B6 SUM W (11-95)

**Blumberg**Excelsior. Publisher. NYC 10013

# UNITED STATES BANKRUPTCY COURT WESTERN     DISTRICT OF NEW YORK

In re: MAYCUMBER, WILLIAM LEE, JR.
       MAYCUMBER, CAROL ANN

**Debtor(s)   Case No.**

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which  is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 50000.00 | | |
| B - Personal Property | x | 5 | 17549.20 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 45219.92 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 2 | | 77272.46 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | x | 1 | | | 2402.97 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 2565.93 |
| Total Number of Sheets of All Schedules | | 15 | | | |
| Total Assets | | | 67549.20 | | |
| Total Liabilities | | | | 122492.38 | |


**Form B6 A W (12-98)**

**Blumberg**Excelsior, Publisher, NYC 10013

In re:MAYCUMBER, WILLIAM LEE, JR.          Debtor(s)  Case No.          (if known)
   MAYCUMBER, CAROL ANN

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single-family house and lot located at 729 Robinson Street, Elmira, New York | Joint owners by warranty deed dated 11/4/87 | J | 50,000.00 | 41,837.92 |
| | | Total -> | $50,000.00 | (Report also on Summary of Schedules) |

Form B6 B W (11-95)

**Blumberg**Excelsior. Publisher. NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.    Debtor(s)    Case No.    (if known)
MAYCUMBER, CAROL ANN

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | Cash located at 729 Robinson Street, Elmira, NY | J | 10.00 |
| 02 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account, $44.32; savings shares, $5.27, Corning Federal Credit Union, | J | 49.59 |
| 03 Security Deposits with public utilities, telephone companies, landlords and others. | x | | | |
| 04 Household goods and furnishings including audio, video, and computer equipment. | | Television, $25; living room suite, $200; cocktail/end tables, $10; stove, $75; refrigerator, $200; freezer, $200; dining room furniture, $300; bedroom furniture, $75; 729 Robinson Street, Elmira, NY | J | 885.00 |
| | | Washer, $75; dryer, $75; microwave, $20; knickknacks, $20; stereo, $50; 729 Robinson Street, Elmira, NY | | 240.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->   1,184.59

_____ Continuation sheets attached

**Form B6 B W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.   Debtor(s)   Case No.   (if known)
MAYCUMBER, CAROL ANN

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 05  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 06  Wearing apparel. | | Clothing, $200; wedding rings, $80; watch, $30; located at 729 Robinson Street, Elmira, NY | J | 310.00 |
| 07  Furs and jewelry. | x | | | |
| 08  Firearms and sports, photographic and other hobby equipment. | x | | | |
| 09  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10  Annuities. Itemize and name each issuer. | x | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | New York State Employees Retirement System | H | 4,829.61 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->   6,324.20

_____ Continuation sheets attached

**Form B6 B W (11-95)**

*Blumberg*Excelsior, Publisher, NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.  Debtor(s)  Case No.  (if known)
 MAYCUMBER, CAROL ANN

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 13 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 15 Accounts receivable. | x | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->  6,324.20

_____ Continuation sheets attached

**Blumberg's Law Products** *Established 1887* **Form B6 B W (11-95)**

*Blumberg*Excelsior. Publisher. NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN

Debtor(s)    Case No.                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19 Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | x | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 21 Patents, copyrights, and other general intellectual property. Give particulars. | x | | | |
| 22 Licenses, franchises, and other general intangible. Give particulars. | x | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford F-150 pickup truck located at 729 Robinson Street, Elmira, NY | H | 9,185.00 |
| | | 1997 Dodge Caravan located at 729 Robinson Street, Elmira, New York | W | 2,000.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->  17,509.20

_____ Continuation sheets attached

**Form B6 B W (11-95)**

**Blumberg**Excelsior, Publisher, NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN          Debtor(s)     Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24 Boats, motors, and accessories. | x | | | |
| 25 Aircraft and accessories. | x | | | |
| 26 Office equipment, furnishings, and supplies. | x | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28 Inventory. | x | | | |
| 29 Animals. | | Two dogs, ages six and eight years, Cocker Spaniels, 729 Robinson Street, Elmira, NY | | 40.00 |
| 30 Crops-growing or harvested. Give particulars. | x | | | |
| 31 Farming equipment and implements. | x | | | |
| 32 Farm supplies, chemicals and feed. | x | | | |
| 33 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->   17,549.20

_____ Continuation sheets attached

**Form B6 C W (11-95)**

In re: MAYCUMBER, WILLIAM LEE, JR.    Debtor(s)   Case No.              (if known)
       MAYCUMBER, CAROL ANN

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemptions to which debtor is entitled under (Check one box).**

☐ 11 U.S.C. § 522(b)(1): Exceptions provided in U.S.C. § 522(d). Note:  These exceptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exceptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single-family house and lot located at 729 Robinson Street, Elmira, New York | CPLR Section 5206(a) | 8,162.08 | 50,000.00 |
| 1999 Ford F-150 pickup truck located at 729 Robinson Street, Elmira, NY | Debtor & Creditor Law Section 282 | 2,400.00 | 9,185.00 |
| 1997 Dodge Caravan located at 729 Robinson Street, Elmira, New York | Debtor & Creditor Law Section 282 | 2,000.00 | 2,000.00 |
| New York State Employees Retirement System | CPLR Section 5205(c) | 4,829.61 | 4,829.61 |
| Television, $25; living room suite, $200; cocktail/end tables, $10; stove, $75; refrigerator, $200; freezer, $200; dining room furniture, $300; bedroom furniture, $75; 729 Robinson Street, Elmira, NY | CPLR Section 5205(a)(1) | 885.00 | 885.00 |
| Clothing, $200; wedding rings, $80; watch, $30; located at 729 Robinson Street, Elmira, NY | CPLR Section 5205(a)(1) | 310.00 | 310.00 |



Form B6 D W (12/03)

**Blumberg**Excelsior, Publisher, NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.          Debtor(s)   Case No.
       MAYCUMBER, CAROL ANN

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #   156668188 |  | J | VALUE $   50,000.00 | 19,165.10 |  |  |
| Green Tree Credit Corp.<br>P.O. Box 6077<br>Rapid City, SD  57709 |  |  | 10/29/91 home equity loan for $25,623.07 secured  by real property at 729 Robinson Street, Elmira, NY |  |  |  |
| A/C #   0555367029 |  | H | VALUE $   9,185.00 | 3,382.00 |  |  |
| HSBC Bank, USA<br>Suite 111<br>Buffalo, NY  14270-0111 |  |  | 1999 vehicle loan secured by 1999 Ford F-150 pickup truck |  |  |  |
| A/C #   137426 |  | J | VALUE $   50,000.00 | 22,672.82 |  |  |
| HSBC Mortgage Corporation<br>2929 Walden Avenue<br>Depew, NY  14043 |  |  | 1987 mortgage loan for $28,500 secured by real property at 729 Robinson Street, Elmira, NY |  |  |  |
| A/C # |  |  | VALUE $ |  |  |  |
| A/C # |  |  | VALUE $ |  |  |  |
| A/C # |  |  | VALUE $ |  |  |  |
| A/C # |  |  | VALUE $ |  |  |  |

|  |  |
|---|---|
| Subtotal -><br>(Total of this page) | 45,219.92 |
| Total -> | 45,219.92 |

Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)



In re: MAYCUMBER, WILLIAM LEE, JR.  MAYCUMBER, CAROL ANN     Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

[ ]  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4925 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extentprovided in 11 U.S.C. § 507(a)(3)

[ ]  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4925 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ]  **Deposits by individuals**
Claims of individuals up to a maximum of $2225 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

[ ]  **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

[ ]  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

[ ]  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | CUD* |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  | Subtotal -> (Total of this page) | |
|---|---|---|
| ___ x Continuation Sheets attached. | Total -> (use only on last page of the completed Schedule E.) | |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.    (Report total also on Summary of Schedules)

Blumberg Excelsior, Publisher, NYC 10013

**Debtor** MAYCUMBER, WILLIAM LEE, JR.
**In re:** MAYCUMBER, CAROL ANN                    **Case No.**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D, W I F E, J O I N T, O R C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5178052461014363<br>Capital One Bank<br>P.O. Box 85015<br>Richmond, VA  23285 | | W | 10/04-11/04 purchases of gasoline | | | | 468.80 |
| 4417124250538425<br>Chase Bank One<br>P.O. Box 15298<br>Wilmington, DE  19850 | | W | 1990-10/04 miscellaneous credit card purchases of food, clothing, cash advances; plus accrued interest | | | | 28,131.81 |
| 673201860178285<br>Citifinancial<br>830 County Road 64<br>Suite 2<br>Elmira, NY  14903-9719 | | | 2004 personal loan check received in mail | | | | 2,883.15 |
| 673201860173831<br>Citifinancial, Inc.<br>830 County Route 64<br>Suite 2<br>Elmira, NY  14903-9716 | | H | 2003 personal loan check received in mail;approximate balance due | | | | 3,000.00 |
| 5491000093528920<br>Fleet Credit Card Service<br>Bank of America<br>P.O. Box 2493<br>Norfolk, VA  23501 | | W | 1994-10/04 credit card purchases and cash advances; plus accrued interest | | | | 14,487.81 |
| 588788406<br>Kaufmann's<br>P.O. Box 8091<br>Lorain, OH  44055 | | W | 2000-12/04 miscellaneous credit card purchases of clothing; plus accrued interest and late charges | | | | 1,194.48 |

|  | | Subtotal | $ | 50,166.05 |
|---|---|---|---|---|
|  | | Total | $ | 50,166.05 |

X_____ continuation sheets attached.

Blumberg Excelsior, Publisher, NYC 10013

**Debtor** MAYCUMBER, WILLIAM LEE, JR.
 **In re:** MAYCUMBER, CAROL ANN                                      **Case No.**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND,WIFE,JOINT,OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 74973442657689<br><br>MBNA America<br>P.O. Box 15026<br>Wilmington, DE  19850 | | J | 1999 personal loan for $25,000 to consolidate bills | | | | 23,363.91 |
| 7714110638445932<br><br>Monogram Credit Card<br>Bank of Georgia<br>P.O. Box 981064<br>El Paso, TX  79998 | | | 2000-3/05 miscellaneous Sam's Club credit card purchases of food and clothing; plus accrued interest | | | | 2,742.50 |
| 55614335<br><br>Wells Fargo Financial<br>New York, Inc.<br>1770 Central Avenue<br>Albany, NY  12205 | | H | 01/04 personal loan for $1,300 used to pay off holiday bills; approximate balance due | | | | 1,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Subtotal $ | 27,106.41 |
| | | | | | | Total $ | 77,272.46 |

_____ continuation sheets attached.



Form B6 G W (11-95)

**Blumberg**Excelsior, Publisher, NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN       Debtor(s)   Case No.       (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |



**Form B6 H W (11/95)**

**Blumberg**Excelsior, Publisher, NYC 10013

In  MAYCUMBER, WILLIAM LEE, JR.
re: MAYCUMBER, CAROL ANN
                                                    Debtor(s)  Case No.

# SCHEDULE H - CODEBTORS

☒  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |



**Blumberg**Excelsior, Publisher, NYC 10013

Form B6 I W (11-95)

In re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN

Debtor(s)   Case No.

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Debtor's Marital Status<br>Married | RELATIONSHIP<br>William L. Maycumber, III | AGE<br>17 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Custodian | Waitress |
| Name of Employer | Elmira City School District | Denny's |
| How long employed | 5 1/2 years | 19 year |
| Address of Employer | Hoffman Street<br>Elmira, NY 14905 | 950 Chemung Street<br>Horseheads, NY 14845 |

Income: (Estimate of average monthly income) ───────────────────

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.)<br>Estimate monthly overtime | | $ 1931.02 | $ 1271.70 |
| SUBTOTAL | | $ 1931.02 | $ 1271.70 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | 386.91 | 174.49 |
| b. Insurance | | 156.52 | |
| c. Union dues | | 23.91 | |
| d. Other (Specify) | | | |
| Retirement | | 57.92 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 625.26 | $ 174.49 |
| TOTAL NET MONTHLY TAKE HOME PAY | | 1305.76 | $ 1097.21 |

Regular income from operation of business or profession or farm

(attach detailed statement)

Income from real property

Interest and dividends

Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above.

Social security or other government assistance (Specify)

Pension or retirement income

Other monthly income (Specify)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| TOTAL MONTHLY INCOME | | $ 1305.76 | $ 1097.21 |
| TOTAL COMBINED MONTHLY INCOME | $ 2402.97 | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:



In re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN
                                    Debtor(s)  Case No.

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment  (include lot rented for mobile home)  $ | 782.25 |

Are real estate taxes included? ☒ Yes  ☐ No     Is property insurance included?  ☒   ☐

| | |
|---|---:|
| Utilities  Electricity and Heating Fuel | 200.00 |
| Water and Sewer | 36.42 |
| Telephone | 38.00 |
| Other   Cable t.v. | 115.00 |
| Home maintenance (repairs and upkeep) | 25.00 |
| Food | 430.00 |
| Clothing | 75.00 |
| Laundry and dry cleaning | |
| Medical and dental expenses | 25.00 |
| Transportation (not including car payments) | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 43.00 |
| Charitable contributions | |

Insurance (not deducted from wages or included in home mortgage payments)

| | |
|---|---:|
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | 98.83 |
| Other | |

Taxes (not deducted from wages or included in home mortgage payments) (Specify)

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)

| | |
|---|---:|
| Auto  $ | 477.43 |
| Other | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other   Haircuts | 20.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  $ | 2565.93 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | |
| B.  Total projected monthly expenses | |
| C.  Excess income (A minus B)  $ | 0.00 |
| D.  Total amount to be paid into plan each  $ | |

(Interval)



**Form B6 Cont. W (12-03)**

**Blumberg**Excelsior, Publisher, NYC 10013

In re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN                                      Debtor(s)   Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____16_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date 04/27/05                    Signature /s/ William Lee Maycumber, Jr._____
                                           MAYCUMBER, WILLIAM LEE, JR.   Debtor

Date 04/27/05                    Signature /s/ Carol Ann Maycumber_____
                                           MAYCUMBER, CAROL ANN    (Joint Debtor, if any)
                                  (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security Number
_____          (Required by 11U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_\_16_____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____          Signature_____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

 **Blumberg**Excelsior, Publisher, NYC 10013

Form 7W Stmt. of Financial Affairs (12-03)

# STATEMENT OF FINANCIAL AFFAIRS
### UNITED STATES BANKRUPTCY COURT

WESTERN **DISTRICT OF** NEW YORK

In re: MAYCUMBER, WILLIAM LEE,
MAYCUMBER, CAROL ANN

Debtor(s)   Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE

| |   |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCES

H:  Year-to-date gross wages

W:  Year-to-date gross wages

40976.00          J:  2004 gross wages

30126.00          H:  2003 gross wages

14925.00          W:  2003 gross wages

## |X̄| NONE  02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## |  | NONE  03A PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT STILL OWNING | NAME AND ADDRESS OF CREDITOR | PAYMENT DATES | AMOUNT PAID |
|---|---|---|---|
|  | HSBC Bank USA | 02/05, 03/05, 04/05 | $477.43 each month |

## |X̄| NONE  03B PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## |X̄| NONE  04A SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## |X| 04B SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS

NONE

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## |X| 05 REPOSSESSIONS, FORECLOSURES, AND RETURNS

NONE

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## |X| 06A ASSIGNMENTS AND RECEIVERSHIPS

NONE

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## |X| 06B ASSIGNMENTS AND RECEIVERSHIPS

NONE

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## |X| 07 GIFTS

NONE

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)


**08 LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Abraham Golos, Esq.<br>150 Lake Street<br>Elmira, NY  14901 | 4/5/05 | $825 |

**10 OTHER TRANSFERS**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11 CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 **12 SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13 SETOFFS**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14 PROPERTY HELD FOR ANOTHER PERSON**

List all property owned by another person that the debtor holds or controls.

**15 PRIOR ADDRESS OF DEBTOR**

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

**16 SPOUSES AND FORMER SPOUSES**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

 **17A ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

 **17B ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

 **17C ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE

|X | **18A NATURE, LOCATION, AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

 18B NATURE, LOCATION, AND NAME OF BUSINESS

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



BlumbergExcelsior. Publisher, NYC 10013

Unsworn Declaration SFA
W (12/03)

In re: MAYCUMBER, WILLIAM LEE,
     MAYCUMBER, CAROL ANN           Debtor(s)  Case No.       (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 04/27/05                    Signature /s/ William Lee Maycumber, Jr.
                                       MAYCUMBER, WILLIAM LEE, JR.  Debtor

Date 04/27/05                    Signature /s/ Carol Ann Maycumber
                                       MAYCUMBER, CAROL ANN (Joint Debtor, if any)
                                       (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number
                                               (Required by U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.
X
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affaris, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
           Continuation sheets attached

Date                               Signature_____

                                        (Print or type name of individual signing on behalf of debtor.)
       (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

BlumbergExcelsior, Publisher, NYC 10013



Form B8 (Official Form8) (12/03)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT** WESTERN          **DISTRICT OF** NEW YORK

In re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN

Debtor(s)   Case No. _____ (if known)
Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of property**                              **Creditor's name**

   *b. Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 729 Robinson Street, Elmira, NY | HSBC Mortgage Corporation | | | X |
| 729 Robinson Street, Elmira, NY | Green Tree Credit Corp. | | | X |
| 1999 Ford F-150 pickup truck | HSBC Bank | | | X |

Date: 04/27/05                        /s/ William Lee Maycumber, Jr.
                                              Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                    (Required by 11U.S.C. § 110(c))

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*



Blumberg Excelsior, Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT    WESTERN **DISTRICT OF** NEW YORK

In
re: MAYCUMBER, WILLIAM LEE, JR.
MAYCUMBER, CAROL ANN

Debtor(s)  Case No.                    (if known)

## STATEMENT
**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

 (a)  for legal services rendered or to be rendered in comtemplation of and in connection
  with this case      $   616.00

 (b)  prior to filing this statement, debtor(s) have paid   $   616.00

 (c)  the unpaid balance due and payable is   $   0.00

(3)  $ 209.00      of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

 (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
  petition under title 11 of the United States Code.

 (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

 (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
 performed, and
 N/A

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
 earnings, wages and compensation for services performed, and
 N/A

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
 N/A

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
 any compensation paid or to be paid except as follows:
 N/A

/s/ Abraham Golos

Dated: 04/27/05    Respectfully submitted, Abraham Golos    **Attorney for Petitioner**

**Attorney's name and address**
Etkind & Golos, 150 Lake St., Elmira, NY  14901

Capital One Bank
P.O. Box 85015
Richmond, VA   23285

Chase Bank One
P.O. Box 15298
Wilmington, DE   19850

Citifinancial, Inc.
830 County Route 64
Suite 2
Elmira, NY   14903-9716

Fleet Credit Card Services
Bank of America
P.O. Box 2493
Norfolk, VA   23501

Green Tree Credit Corp.
P.O. Box 6077
Rapid City, SD   57709

HSBC Bank, USA
Suite 111
Buffalo, NY   14270-0111

HSBC Mortgage Corporation
2929 Walden Avenue
Depew, NY   14043

Kaufmann's
P.O. Box 8091
Lorain, OH   44055

MBNA America
P.O. Box 15026
Wilmington, DE   19850

Monogram Credit Card
Bank of Georgia
P.O. Box 981064
El Paso, TX  79998


Wells Fargo Financial
New York, Inc.
1770 Central Avenue
Albany, NY  12205